NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OLUSEGUN FALANA,**
*Plaintiff-Appellee,*

v.

**KENT STATE UNIVERSITY AND ALEXANDER J. SEED,**
*Defendants-Appellants.*

---

2014-1790

---

Appeal from the United States District Court for the Northern District of Ohio in No. 5:08-cv-00720-DDD, Senior Judge David D. Dowd, Jr.

---

**ON MOTION**

---

**O R D E R**

Kent State University and Alexander J. Seed move without opposition for a 45-day extension of time to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellant's principal brief is due February 2, 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27